No. 163. GREAT NORTHERN RAILWAY COMPANY *v.* CITY OF MINNEAPOLIS. Error to the Supreme Court of the State of Minnesota. Argued January 20, 1921. De-

cided January 24, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, §2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1. *Mr. E. C. Lindley,* with whom *Mr. M. L. Countryman* was on the brief, for plaintiff in error. *Mr. Richard S. Wiggin,* with whom *Mr. Charles D. Gould* was on the brief, for defendant in error.